MINUTE ENTRY  jury trial day 1.  Attorney Reynaldo Yana was present with Plaintiff Rudy C. Aguon.  Attorney Douglas Cushnie was present on behalf of the Commonwealth Ports Authority along with Antonio Cabrera.  44 potential jurors were present.  At 11:15 a.m. 6 regular jurors and 2 alternates were empaneled.  Court recessed from 11: 15 to 11:30am.  Court gave introduction to the trial and Plaintiff began opening statement at 11:45am and finished at 11:57am.  Defense began opening statement at 11: 58 and finished at 12:05am.  Court recessed for lunch at 12:05pm.  The jurors were admonished not to talk about what had transpired.  Court reconvened at 1:30pm. Plaintiff call witness:  Glenn P. Calvo, Christopher S. Tenorio, Alicia Tudela, Tehani Kirby, Manny Camacho, Manuel Manahane.  Court recessed at 2:55pm., juror left the courtroom.  Attorney Yana stated that he wanted to inquire further about someone who saw one of the jurors give a "thumbs up" sign to the Defense.  Court instructed Plaintiff to inquire who, if anyone, saw this gesture and to have them brought before the Court.  Court reconvened at 3:15pm.  Rudt C. Aguon during direct examination was introduced to exhibit #21, #4, #1, #22, #36, and to exhibit A during cross examination.  Parties proceeded with re-direct examination and re-cross examination.  Court excused jurors for the evening at 4:35pm and jurors were admonished and ordered to return to Court at 9:00am. to continue with the trial;  [ MCM EOD 05/08/2001]