MINUTE ENTRY  jury trial day 3.  Attorney Reynaldo Yana was present with Plaintiff Rudy C. Aguon.  Attorney Douglas Cushnie was present on behalf of Commonwealth Ports Authority along with Antonio B. Cabrera. Six regular jurors and Two alternates were also present.  Attorney Yana began opening argument to the jury at 9:07 a.m. and finished at 9:58.  Attorney Cushnie began argument at 10:00 a.m. and finished at 10:33 a.m.  Attorney Yana began final closing argument at 10:34 a.m. at 10:50 a.m.  Court recessed at 10:51 a.m. for morning break and reconvened at 11:30 a.m.  Court read instructions to the jury. The jury took the case and entered the deliberation room, with exhibits and verdict form,  at 12:05 p.m.  Court recessed for lunch at 12:10 p.m. and Jurors returned at 1:30 to continue deliberation.  At 2:08 p.m. a note was received from the Jury and counsel was called back to Court.  Court reconvened at 2:30 p.m. out of the presence of the jury. Court read the jurors note to the attorneys.  A decision was made to send in to the jurors what they had requested; the Court so ordered.  Court recessed at 2:35 p.m.  Court received a note from the Jury at 3:32 p.m. and counsel was summoned back to the Court.  Court reconvened at 3:50 p.m.  Court read the jurors note to the attorneys.   A decision was made to send in to the jurors what they had requested; however, the Court needed to explain to the jurors that the jury instructions needed to be in proper order, therefore, the jurors were brought back into the Courtroom and were so instructed and the jury instructions were compiled and handed over to the jurors.  Jury returned to deliberate at 3:58 p.m.  Court recessed at 3:59 p.m.  Court excused the jurors for the evening at 4:30 p.m.  Jurors were ordered to return to the Court at 9:00 a.m. to continue with the trial.;   [MCM EOD 05/09/2001]